

ADAM JOHN MACKINTOSH (*Pro Se*)
PO BOX 475363
San Francisco, California 94147

# UNITED STATES DISTRICT COURT *for the*

## DISTRICT OF MASSACHUSETTS

### EASTERN DIVISION

| | |
|---|---|
| ADAM JOHN MACKINTOSH, | Case Name: Mackintosh v. Apple, Inc. et al. |
| Plaintiff, | Case Number: |
| *v.* | |
| APPLE, INC. et al., | **PLAINTIFF'S NOTICE OF MOTION AND MOTION TO SET ASIDE JUDGEMENTS, ORDERS AND MANDATE FOR FRAUD ON THE COURT AND FRAUD ON THE CIRCUIT** |
| Defendants. | |

i

PLAINTIFF'S NOTICE OF MOTION AND MOTION TO SET ASIDE JUDGEMENTS, ORDERS AND MANDATE FOR FRAUD ON THE COURT AND FRAUD ON THE CIRCUIT

**TO THE HONORABLE COURT:**

**PLEASE TAKE NOTICE,** that as soon as this matter may be heard in the United States District Court for the District of Massachusetts, Eastern Division located at the address of 1 Courthouse Way, Suite 2300, Boston, Massachusetts, 02210, Adam John Mackintosh ("Plaintiff") will and does, hereby moves for relief from void, not voidable orders, judgements and a mandate under Federal Rules of Civil Procedure 60(d)(3) and under this Court's inherent power to address the Defendants multiple acts of fraud upon the Court, and fraud upon the Circuit. This motion is brought on the grounds that the Defendant's collective fraudulent litigation misconduct inside and outside of multiple courts constitutes fraud on the Court and fraud on the Circuit, which has, and continues depriving Plaintiff of honest services, intangible honest services, damages, property and other warranted relief, and based on the Defendants continuous engagement in litigation misconduct outlined more fully in the accompanying Memorandum of Points and Authorities and supporting declaration, which includes and not limited to:

- subornation of perjury during multiple United States Senate and Congressional investigations, hearings and inquiries;

- tampering with the administration of justice through false statements under properly administered oaths;

- malicious, reckless, willful and cold persecution and prosecution of multiple App Store Competitors, Politicians, Law Makers, and other individuals in furtherance of the business arrangement outlined in the instant motion;

1

PLAINTIFF'S NOTICE OF MOTION AND MOTION TO SET ASIDE JUDGEMENTS, ORDERS
AND MANDATE FOR FRAUD ON THE COURT AND FRAUD ON THE CIRCUIT

- fabricating, planting, manipulating, spoliating and presenting false evidence that was material to the issues being tried and or concealing material evidence from Plaintiff and the Courts;

- defiling multiple federal courts through bribery, mail and wire payments and through other methods;

- perjury and suborning Apple employees and others to perjure themselves to obtain court rulings based thereon; and

- fabricating evidence and manufacturing multiple declarations aimed at attacking the truth-finding mechanics of multiple federal courts;

The misconduct was allegedly coordinated by Tim Cook, Apple's Board, their Subordinates and Counterparts, and perpetrated by corrupt government actors, non-parties and non-party witnesses, not limited to Apple's legal counsel, who are officers of the Court, who ultimately tampered with the administration of justice, in a manner that wrongs not only the Plaintiff, but Congressional and District Courts, the United States Department of Justice, the United States Senate, Congress and the consuming public.

The Defendants misconduct compromised the judicial process and amounts to an unconscionable years-long scheme designed to improperly influence the court's decision in multiple cases leading up to this instant motion filed in this Court.

Plaintiff, therefore requests, if this Court finds that the fraudulent acts amount to fraud on the Court and fraud on the Circuit, to have been perpetrated upon the multiple United States Senate, Congressional and District Courts by the Defendants, that: this

PLAINTIFF'S NOTICE OF MOTION AND MOTION TO SET ASIDE JUDGEMENTS, ORDERS
AND MANDATE FOR FRAUD ON THE COURT AND FRAUD ON THE CIRCUIT

Court set aside the Northern District Court of California's orders and judgement; set aside the Ninth Circuit Court of Appeals judgement, order and mandate; sign a final order entering default judgement favoring Plaintiff for damages including attorney's fees, and award any other relief that this Court deems just and proper, and pursuant to the relief sought in the Courts records, and listed in Plaintiff's Memorandum of Points and Authorities attached hereto, see pages 151 - 152.

Although Plaintiff is aware of the requirement to "engage in a pre-filing meet and confer to discuss thoroughly the substance of this contemplated motion," Plaintiff did not meet and confer with the Defendants regarding the filing of this motion. Plaintiff's reasons for this are threefold.

*First*, given the substance of the instant motion, Plaintiff believes that any effort to meet and confer would be futile, not only because the motion outlines facts showing that the very attorneys with whom Plaintiff would theoretically meet and confer perpetrated fraud on the Court and fraud on the Circuit, but also, because the Defendants do not have the authority to offer the relief that Plaintiff seeks in this instant motion. That is, this Court has the power to set aside the judgements, orders and mandate; sanction the Defendants; grant Plaintiff's relief; and dismiss the action. *Second*, the Defendants continue to rely on their fraud upon multiple courts in multiple cases that relied on hundreds of documents that intentionally and carefully omitted and hid key material facts related to the Defendants active use of remote cyber-surveillance aimed at getting ahead competitively, politically, judicially and legislatively, and because they have refused, and continue to refuse to settle this troubling and growing matter on multiple good faith efforts at different

3

times in this dispute. ***Third***, because the Defendants have repeatedly threatened through violence and non-violent acts, and multiple attempts to extort Plaintiff from pursuing the relief sought here in this Court.

While Plaintiff has appropriately styled this request as a "motion" for relief under Rule 60(d)(3) in view of the Court's jurisdiction over this action, the form in which the instant request for relief is made—whether it be a motion or an independent action—is of little importance—because a court's power to set aside a judgment for fraud on the court arises from the long-recognized "historic power [in] equity to set aside fraudulently begotten judgments," the substance of a party's filing related to fraud on the court controls over its form. *Hazel-Atlas Glass Co. v. Hartford-Empire Co.*, 322 U.S. 238, 245 (1944); *U.S. v. Estate of Stonehill*, 660 F.3d 415, 443 (9th Cir. 2011) ("Courts have inherent equity power to vacate judgments obtained by fraud.") (citing *Chambers v. NASCO, Inc.*, 501 U.S. 32, 44 (1991)); *US. v. Buck*, 281 F.3d 1336, 1342 (10th Cir. 2002) ("no purpose would be served by denying…, relief on the ground that the motion misstyled the plea for relief… [t]he substance of the plea should control, not the label"); WRIGHT & MILLER, 11 FEDERAL PRACTICE & PROCEDURE § 2868 (3d ed.) ("A party is not bound by the label used in the party's papers. A motion may be treated as an independent action or vice versa as is appropriate.")

Plaintiff understands that any careful assessment of the material presented with this instant motion will require significant focused attention, and may warrant the presentation of further testimony or evidence in person before this Court. Plaintiff wishes to make known to the Court that he, in concept, believes that the circumstances of this instant

4

motion may warrant, in the Court's sound discretion, the appointment of a special master, under the Court's inherent power and or under F.R.C.P. Rule 53. Additionally, in the event the special master practices law at a law firm that represents Apple and or any of the Defendants and those who may be associated pursuant to the Racketeer, Influenced, and Corrupt Organizations Act 18 U.S.C. § 1961 et seq., Plaintiff reserves the right to request a new special master at a law firm where the Defendants do not have an association or conflict.

Plaintiff's *motion is proper here*, and based on this notice of motion and instant motion; memorandum of points and authorities; declarations of Plaintiff, and all exhibits thereto; a request for judicial notice, a request for leave to file certain materials under seal and or leave to exceed page limits in the event this Court has any, and all of Plaintiff's previous filings related to this action or matters of which the Court may take judicial notice and on such other matters as may be presented to the Court at the tune of an in person hearing pursuant to this Court's discretion.

Plaintiff *hereby moves*, and respectfully request this Court for an Order Granting this motion, and to order the: setting aside the orders, judgements and mandate in the Ninth Circuit; entering a final default judgement against the Defendants favoring Plaintiff pursuant to the motion and memorandum of points and authorities attached hereto, specifically listed on pages 151 - 152; based on this notice of motion and supporting memorandum of points and authorities, accompanying exhibits, Plaintiff's declaration as well as other written or oral arguments that Plaintiff may present to this Court during an in person hearing pursuant to this Court's discretion.

5

Dated: July 22, 2022                    Respectfully Submitted,

                                        ADAM JOHN MACKINTOSH (*Pro Se*)

PLAINTIFF'S NOTICE OF MOTION AND MOTION TO SET ASIDE JUDGEMENTS, ORDERS
AND MANDATE FOR FRAUD ON THE COURT AND FRAUD ON THE CIRCUIT