ADAM JOHN MACKINTOSH (*Pro Se*)
PO BOX 475363
San Francisco, California 94147

# UNITED STATES DISTRICT COURT *for the*
## DISTRICT OF MASSACHUSETTS
## EASTERN DIVISION

| | |
|---|---|
| ADAM JOHN MACKINTOSH,<br><br>Plaintiff,<br><br>v.<br><br>APPLE, INC. et al.,<br><br>Defendants. | Case Name: Mackintosh v. Apple, Inc. et al.<br><br>Case Number:<br><br>---<br><br>**ADMINISTRATIVE MOTION<br>TO FILE UNDER PARTIAL SEAL**<br><br>Local Rules 7 – 11 and 79 – 5 |

Pursuant to Civil Local Rules 7-11 and 79-5, Plaintiff moves the Honorable Court to file Plaintiff's Rule 60(d)(3) partially under seal as follows:

- Sections of Plaintiff's Rule 60(d)(3) motion

Each section is redacted in the "redacted version of document sought to be partially sealed and filed" on the title sheet of the Memorandum of Points and Authorities in Support of Rule (60)(d)(3), submitted concurrently with this motion request to file partially under steal.

These documents are attached hereto in original form for the Honorable Judge to review, and the partially sealed versions for publishing to the dockets if the request to seal is **Granted**.

Plaintiff makes this request because, as detailed in the 60(d)(3) motion, these documents contain highly sensitive and top secret information, and trade secrets and or other information that falls under the Defense Trade Secret Act. *Oliner v. Konstrabecki*, 745 F.3d 1024 (9th Cir. 2014), In Oliner, it "shows that the final word on whether documents can be filed under seal or remain under seal rests with the courts, not the parties. It also underscores that the party's sensitivities in wanting court-filed materials kept confidential and out of public view are not determinative in whether sealing request will be granted or upheld. A careful evaluation therefore must be made concerning the relevant statutory or substantive or sensitive information with a court."

Dated: July 25, 2022                    Respectfully Submitted,

                                        ADAM JOHN MACKINTOSH (*Pro Se*)